ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| BRIAN DEAN MILLS, an Individual, | Case No.: 2:25-cv-02424-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOE Individuals 1 through 40; ROE Corporations 1 through 40; DOE Employees 1 through 40, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by sixty (60) days, up to and including *Friday, August 14, 2026.* In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This is the parties first request to extend discovery. In support of this Stipulation and Request, the parties state as follows:

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

173414841.1

**DISCOVERY COMPLETED**

1.      On February 3, 2026, Defendant served its Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

2.      On February 4, 2026, Plaintiff served his Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

3.      On February 5, 2026, Plaintiff served written discovery on Defendant.  Defendant served their responses on March 13, 2026.

4.      On March 10, 2026, Defendant served its First Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

5.      On March 13, 2026, Defendant served its Second Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

**DISCOVERY REMAINING**

1.      The parties will continue participating in written discovery.

2.      The Defendant will take the deposition of Plaintiffs.

3.      Plaintiffs may depose Defendant's FRCP 30(b)(6) witness(es).

4.      Plaintiffs may depose Defendant's adjustor.

5.      The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

6.      The parties have designated expert witnesses and may conduct depositions of those expert witnesses.

7.      Any and all remaining discovery required as permitted by the Federal Rules of Civil Procedure.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto.

Furthermore, this matter involves complex issues of bad faith and contractual obligations. Both parties anticipate the need to retain multiple experts in this case.  Moreover, both parties are

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2

diligently cooperating in hastening any discovery issues to include agreeing to protective orders and submitting large amounts of confidential and privileged documents from Defendant.

However, all parties need additional time to schedule the depositions of witnesses in order to adequately try the case. This is the first request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Monday, June 15, 2026* | *Friday, August 14, 2026* |
| Amend Pleadings or Add Parties | *Thursday, March 17, 2026* | *Monday, May 18, 2026* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Thursday, April 16, 2026* | *Monday, June 15, 2026* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, May 18, 2026* | *Friday, July 17, 2026* |
| Dispositive Motions | *Wednesday, July 15, 2026* | *Monday, September 14, 2026* |
| Pretrial Order | *Friday, August 14, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. | *Tuesday, October 13, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of Friday, April 3, 2026, up to and including Thursday, July 2, 2026, and the other dates as outlined in accordance with the table above.

Dated this 16th day of March, 2026                    Dated this 16th day of March, 2026

EGLET LAW                                                          LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Joseph J. Troiano*                                      */s/ Francis A. Arenas*
Robert T. Eglet, Esq.                                        ROBERT W. FREEMAN
Nevada Bar No. 3402                                        Nevada Bar No. 3062
Joseph J. Troiano, Esq.                                     FRANCIS A. ARENAS
Nevada Bar No. 12505                                      Nevada Bar No. 6557
400 South 7th Street, 4th Floor                         6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                                    *Attorneys for Defendant*
                                                                     *State Farm Mutual Automobile Insurance*
                                                                     *Company*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the deadlines for remaining discovery shall be extended as follows:

| Scheduled Event | Proposed Deadline |
| --- | --- |
| Discovery Cut-off | *Friday, August 14, 2026* |
| Amend Pleadings or Add Parties | *Monday, May 18, 2026* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Monday, June 15, 2026* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Friday, July 17, 2026* |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4

| Scheduled Event | Proposed Deadline |
| --- | --- |
| Dispositive Motions | *Monday, September 14, 2026* |
| Pretrial Order | *Tuesday, October 13, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

IT IS SO ORDERED .

DATED this 16th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW