ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| BRIAN DEAN MILLS, an Individual, | Case No.: 2:25-cv-02424-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOE Individuals 1 through 40; ROE Corporations 1 through 40; DOE Employees 1 through 40, | **[SECOND REQUEST]** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety (90) days, up to and including *Thursday, November 12, 2026.* In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This is the parties first request to extend discovery. In support of this Stipulation and Request, the parties state as follows:

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

178814579.1

**DISCOVERY COMPLETED**

1. On February 3, 2026, Defendant served its Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

2. On February 4, 2026, Plaintiff served his Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

3. On February 5, 2026, Plaintiff served written discovery on Defendant. Defendant served their responses on March 13, 2026.

4. On March 10, 2026, Defendant served its First Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

5. On March 13, 2026, Defendant served its Second Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

6. On March 30, 2026, Defendant served written discovery to Plaintiff. Plaintiff served his responses on May 13, 2026.

7. On April 17, 2026, Defendant served its First Supplemental Responses to Plaintiff's First Set of Interrogatories and First Set of Request for Production of Documents.

8. On May 12, 2026, Plaintiff served his First Supplemental Disclosures of Witnesses and Documents Pursuant to FRCP 26.1.

9. On June 15, 2026, Defendant served its Designation of Expert Witnesses.

10. On June 15, 2026, Plaintiff served his Designation of Expert Witnesses.

11. On June 15, 2026, Plaintiff served his First Supplement to Designation of Expert Witnesses.

12. On June 17, 2026, Plaintiff served his Second Supplemental Disclosures of Witnesses and Documents Pursuant to FRCP 26.1

13. On June 18, 2026, Plaintiff served his second set of written discovery on Defendant. Defendant's responses are due on July 20, 2026.

**DISCOVERY REMAINING**

1. The parties will continue participating in written discovery.

2. The Defendant will take the deposition of Plaintiff.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2

3.      Plaintiffs will depose Defendant's FRCP 30(b)(6) witness(es).

4.      Plaintiffs will depose Defendant's adjustors (5).

5.      The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

6.      The parties have designated expert witnesses and may conduct depositions of those expert witnesses.

7.      Any and all remaining discovery required as permitted by the Federal Rules of Civil Procedure.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto.

On June 24, 2026 Plaintiff requested to take the deposition of five State Farm adjusters and also State Farm's 30(b)(6) witness.  The parties require additional time to schedule all of these depositions.  The deposition of Plaintiff is currently scheduled on July 23, 2026.

Furthermore, this matter involves complex issues of bad faith and contractual obligations. Both parties anticipate the need to retain multiple experts in this case.  Moreover, both parties are diligently cooperating in hastening any discovery issues to include agreeing to protective orders and submitting large amounts of confidential and privileged documents from Defendant.

This is the second request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *Friday, August 14, 2026* | *Thursday, November 12, 2026* |
| Amend Pleadings or Add Parties | *Monday, May 18, 2026* | *Closed* |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Monday, June 15, 2026* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Friday, July 17, 2026* | *Thursday, October 15, 2026* |
| Dispositive Motions | *Monday, September 14, 2026* | *Monday, December 14, 2026* |
| Pretrial Order | *Tuesday, October 13, 2026;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. | *Monday, January 11, 2027;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of Friday, August 14, 2026, up to and including Thursday, November 12, 2026, and the other dates as outlined in accordance with the table above.

Dated this 6th day of July, 2026

EGLET LAW

*/s/ Joseph J. Troiano*
ROBERT T. EGLET
Nevada Bar No. 3402
JOSEPH J. TROIANO
Nevada Bar No. 12505
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 7th day of July, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis A. Arenas*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED .

DATED this 7th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

4