ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

BRIAN DEAN MILLS, an Individual,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOE Individuals 1 through 40; ROE Corporations 1 through 40; DOE Employees 1 through 40,

Defendants.

Case No.: 2:25-cv-02424-EJY

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**[THIRD REQUEST]**

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by sixty (60) days, up to and including *Monday, January 11, 2027*. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This is the parties first request to extend discovery. In support of this Stipulation and Request, the parties state as follows:

/ / /

/ / /

/ / /

/ / /

**DISCOVERY COMPLETED**

1. On February 3, 2026, Defendant served its Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

2. On February 4, 2026, Plaintiff served his Initial Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

3. On February 5, 2026, Plaintiff served written discovery on Defendant. Defendant served their responses on March 13, 2026.

4. On March 10, 2026, Defendant served its First Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

5. On March 13, 2026, Defendant served its Second Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

6. On March 30, 2026, Defendant served written discovery to Plaintiff. Plaintiff served his responses on May 13, 2026.

7. On April 17, 2026, Defendant served its First Supplemental Responses to Plaintiff's First Set of Interrogatories and First Set of Request for Production of Documents.

8. On May 7, 2026, Defendant served its Third Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

9. On May 12, 2026, Plaintiff served his First Supplemental Disclosures of Witnesses and Documents Pursuant to FRCP 26.1.

10. On June 15, 2026, Defendant served its Designation of Expert Witnesses.

11. On June 15, 2026, Plaintiff served his Designation of Expert Witnesses.

12. On June 15, 2026, Plaintiff served his First Supplement to Designation of Expert Witnesses.

13. On June 17, 2026, Plaintiff served his Second Supplemental Disclosures of Witnesses and Documents Pursuant to FRCP 26.1

14. On June 18, 2026, Plaintiff served his second set of written discovery on Defendant. Defendant's served its responses on July 17, 2026.

15. On August 20, 2026, Plaintiff took the deposition of State Farm representative Ryan

Sampson.

16. On August 27, 2026, Plaintiff took the deposition of State Farm representative Shannon Bridges.

17. On September 2, 2026, Plaintiff served his written discovery re punitive damages on Defendant. Defendant served its responses on October 19, 2026.

18. On September 9, 2026, Plaintiff served his Third Supplemental Disclosures of Witnesses and Documents Pursuant to FRCP 26.1.

19. On September 10, 2026, Plaintiff took the deposition of State Farm representative Christopher Sung.

20. On September 14, 2026, Defendant took the deposition of Plaintiff.

21. On September 16, 2026, Plaintiff took the deposition of Lawrence Lesnak, M.D.

22. On September 23, 2026, Plaintiff took the deposition of State Farm Representative Jason Snyder.

23. On September 29, 2026, Plaintiff served his third set of written discovery on Defendant. Defendant responses are due on November 16, 2026.

24. On October 15, 2026, Defendant served its Designation of Rebuttal Expert Witnesses.

25. On October 21, 2026, Defendant served its Fourth Supplemental Disclosures of Witnesses and Production of Documents Pursuant to FRCP 26.1.

**DISCOVERY REMAINING**

1. The parties will continue participating in written discovery.

2. Plaintiff will depose Defendant's FRCP 30(b)(6) witness(es).

4. Plaintiff will depose Defendant's  remaining adjustor.

5. The parties may depose any and all other witnesses garnered through discovery, potentially including treatment providers and claims adjusters.

6. The parties have designated expert witnesses and may conduct depositions of those expert witnesses.

7. Any and all remaining discovery required as permitted by the Federal Rules of Civil

Procedure.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties have been diligent in moving the case forward: participating in a reasonable amount of discovery, including exchanging their initial lists of witnesses and documents; propounding written discovery requests and preparing responses thereto.

The parties have taken multiple depositions thus far. The parties require additional time to schedule all the remaining depositions of State Farm representative John Hall and State Farm's 30(b)(6) witness. Due to the upcoming holidays the parties are not able to schedule the remaining discovery with the current deadline.

Additionally, Defendant counsel is currently preparing for two trials scheduled on February 8, 2027 in *Briceyda Reynoso, et al v. Ladae Antwain Roberson, et al., Case No.A-25-911411-C and in Tamer Omran v. State Farm Mutual Automobile Insurance Company, Case No. 2:23-cv-00431-RFB-BNW*. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension.

This is the third request for an extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| **Scheduled Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut-off | *Thursday, November 12, 2026* | *Monday, January 11, 2027* |
| Amend Pleadings or Add Parties | *Closed* | *Closed* |
| Expert Disclosure pursuant to FRCP 26 (a)(2) | *Closed* | *Closed* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Thursday, October 15, 2026* | *Closed* |
| Dispositive Motions | *Monday, December 14, 2026* | *Friday, February 12, 2027* |

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial Order | *Monday, January 11, 2027;* or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. | *Friday, March 12, 2027*; or if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of Thursday, November 12, 2026, up to and including Monday, January 11, 2027, and the other dates as outlined in accordance with the table above.

Dated this 9th day of November, 2026

EGLET LAW

*/s/ Joseph J. Troiano*
ROBERT T. EGLET
Nevada Bar No. 3402
JOSEPH J. TROIANO
Nevada Bar No. 12505
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

Dated this 10th day of November, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Francis A. Arenas*
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of November, 2026.

UNITED STATES MAGISTRATE JUDGE



LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW